FILED

2019 SEP 18 A 9:59

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose De La Cruz GUERRA-Torres,<br><br>Defendant. | Case No. **'19MJ10786**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1325(a)(1)<br>Attempted Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about September 17, 2019, within the Southern District of California, defendant, Jose De La Cruz GUERRA-Torres, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MIGUEL FLORES
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF SEPTEMBER, 2019.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose De La Cruz GUERRA-Torres

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) C. Nava, that defendant, Jose De La Cruz GUERRA-Torres (GUERRA), attempted to enter the United States and was arrested on September 17, 2019 near Calexico, California.

On September 17, 2019, BPA K. Chavez was performing Border Patrol line watch operations near the United States/Mexico International Boundary Fence (IBF) approximately 3.5 miles east of the Calexico, California West Port of Entry. During the course of his duties, at approximately 8:47 p.m., a Remote Video Surveillance System (RVSS) camera operator alerted BPA Chavez they had visual on a subject traveling north from the IBF in Zone 14 of Calexico Border Patrol Station's Area of Responsibility. At approximately 8:49 p.m., BPA Chavez responded to the general area where the RVSS camera operator last had visual on the subject and encountered him, approximately 400 yards north of the IBF. The subject was identified as GUERRA. BPA Chavez approached GUERRA, identified himself as a BPA, and determined through questioning that GUERRA is a citizen and national of Mexico without any immigration documents that would allow him to enter, work, or remain in the United States legally. GUERRA admitted to being in the United States illegally and to crossing the IBF illegally. GUERRA was subsequently arrested for his illegal entry into the United States.

There is no evidence showing GUERRA has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.